**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CHELSEA L. DIAZ (SBN 271859)
cdiaz@dollamir.com
725 S. Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel:  213.542.3380
Fax: 213.542.3381

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE OLDS-BLANK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; CAPITAL ONE BANK USA, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUCTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company,<br><br>Defendants. | Case No. 2:22-cv-00113-WBS-AC<br>*Assigned to William B. Shubb;*<br>*Referred to Magistrate Judge Allison Claire*<br><br>**STIPULATION TO EXTEND DEFENDANT CAPITAL ONE BANK (USA), N.A.'S TIME TO RESPOND TO THE COMPLAINT TO APRIL 4, 2022 AND ORDER** |

Pursuant to Local Rule 144(a), Plaintiff Adrienne Olds-Blank, by and through her counsel of record, Kevin L. Hernandez of the Law Office of Kevin L. Hernandez, and Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through its counsel of record, Chelsea L. Diaz of Doll Amir & Eley LLP, hereby submit this stipulation to extend Capital One's time to file a responsive pleading to April 4, 2022, as follows:

**WHEREAS:**

1. Plaintiff filed the Complaint in this matter on January 19, 2022;

2. Pursuant to a Waiver of Service, Capital One's responsive pleading deadline was initially March 21, 2022;

3. While Capital One continues to investigate Plaintiff's claims and the parties explore informal resolution, the parties agree that it would serve the interest of judicial economy to allow additional time for these discussions before incurring further litigation costs; and

4. The parties have agreed to extend Capital One's deadline to respond to the Complaint by two-weeks, such that the agreed upon responsive pleading deadline would be April 4, 2022.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended to and including April 4, 2022.

DATED: March 18, 2022   **LAW OFFICE OF KEVIN L. HERNANDEZ**

By: */s/ Kevin L .Hernandez*
     KEVIN L. HERNANDEZ
Attorneys for Plaintiff,
ADRIENNE OLDS-BLANK

DATED: March 18, 2022     **DOLL AMIR & ELEY LLP**

By: */s/Chelsea L. Diaz*
CHELSEA L. DIAZ
Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

## ORDER

Pursuant to the Stipulation to Extend Defendant Capital One Bank (USA), N.A.'s Time To Respond To The Complaint to April 4, 2022, and good cause appearing, the Court GRANTS the Stipulation and hereby ORDERS defendant Capital One Bank (USA), N.A. to file its responsive pleading on or before April 4, 2022.

**IT IS SO ORDERED.**

Dated: March 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE