UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

|  |  |
|---|---|
| ADRIENNE OLDS-BLANK,<br><br>                Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA, N.A., a<br>national banking association;<br>CAPITAL ONE BANK USA, N.A., a<br>national banking association;<br>EQUIFAX INFORMATION SERVICES,<br>LLC, a foreign limited-<br>liability company; EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br>a foreign corporation; TRANS<br>UNION LLC, a foreign limited-<br>liability company,<br><br>                Defendants. | No.  2:22-cv-00113 WBS AC |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

        After reviewing the parties' Joint Status Report, the
court hereby vacates the Status (Pretrial Scheduling) Conference
scheduled for June 21, 2022, and makes the following findings and
orders without needing to consult with the parties any further.

1

1    I.   SERVICE OF PROCESS

2              Plaintiff has filed notices of settlement as to

3    Equifax, Experian, and Trans Union, but has not yet filed

4    dismissals as to those defendants.  The only remaining defendants

5    are Bank of America and Capital One Bank, which have been served.

6    No further service is permitted without leave of court, good

7    cause having been shown under Federal Rule of Civil Procedure

8    16(b).

9    II.  JOINDER OF PARTIES/AMENDMENTS

10             No further joinder of parties or amendments to

11   pleadings will be permitted except with leave of court, good

12   cause having been shown under Federal Rule of Civil Procedure

13   16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

14   (9th Cir. 1992).

15   III. JURISDICTION/VENUE

16             Jurisdiction is predicated upon 28 U.S.C. § 1331,

17   because the claim arises under the Fair Credit Reporting Act, 15

18   U.S.C. § 1681.  The court has jurisdiction over plaintiff's state

19   law claims pursuant to 28 U.S.C. § 1367.  Venue is undisputed and

20   hereby found to be proper.

21   IV.  DISCOVERY

22             The parties have already served the initial disclosures

23   required by Federal Rule of Civil Procedure 26(a)(1) on or before

24   June 1, 2022.

25             The parties shall disclose experts and produce reports

26   in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

27   later than October 5, 2022.  With regard to expert testimony

28   intended solely for rebuttal, those experts shall be disclosed

                                    2

1    and reports produced in accordance with Federal Rule of Civil

2    Procedure 26(a)(2) on or before November 7, 2022.

3         All discovery, including depositions for preservation

4    of testimony, is left open, save and except that it shall be so

5    conducted as to be completed by December 30, 2022.  The word

6    "completed" means that all discovery shall have been conducted so

7    that all depositions have been taken and any disputes relevant to

8    discovery shall have been resolved by appropriate order if

9    necessary and, where discovery has been ordered, the order has

10   been obeyed.  All motions to compel discovery must be noticed on

11   the magistrate judge's calendar in accordance with the local

12   rules of this court and so that such motions may be heard (and

13   any resulting orders obeyed) not later than December 30, 2022.

14   V.   MOTION HEARING SCHEDULE

15        All motions, except motions for continuances, temporary

16   restraining orders, or other emergency applications, shall be

17   filed on or before January 31, 2023.  All motions shall be

18   noticed for the next available hearing date.  Counsel are

19   cautioned to refer to the local rules regarding the requirements

20   for noticing and opposing such motions on the court's regularly

21   scheduled law and motion calendar.

22   VI.  FINAL PRETRIAL CONFERENCE

23        The Final Pretrial Conference is set for April 10,

24   2023, at 1:30 p.m. in Courtroom No. 5 or via videoconference.

25   The Courtroom Deputy will notify the parties prior to the

26   Conference whether the Conference will be held in person of via

27   videoconference.  The conference shall be attended by at least

28   one of the attorneys who will conduct the trial for each of the

                                    3

1   parties and by any unrepresented parties.

2          Counsel for all parties are to be fully prepared for

3   trial at the time of the Pretrial Conference, with no matters

4   remaining to be accomplished except production of witnesses for

5   oral testimony.  Counsel shall file separate pretrial statements,

6   and are referred to Local Rules 281 and 282 relating to the

7   contents of and time for filing those statements.  In addition to

8   those subjects listed in Local Rule 281(b), the parties are to

9   provide the court with: (1) a plain, concise statement which

10  identifies every non-discovery motion which has been made to the

11  court, and its resolution; (2) a list of the remaining claims as

12  against each defendant; and (3) the estimated number of trial

13  days.

14         In providing the plain, concise statements of

15  undisputed facts and disputed factual issues contemplated by

16  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

17  that remain at issue, and any remaining affirmatively pled

18  defenses thereto.  If the case is to be tried to a jury, the

19  parties shall also prepare a succinct statement of the case,

20  which is appropriate for the court to read to the jury.

21  VII. TRIAL SETTING

22         The jury trial is set for June 21, 2023 at 9:00 a.m.

23  The parties estimate that the trial will last two to three days.

24  VIII.    SETTLEMENT CONFERENCE

25         A Settlement Conference with a magistrate judge will be

26  set at the time of the Pretrial Conference.  Counsel are

27  instructed to have a principal with full settlement authority

28  present at the Settlement Conference or to be fully authorized to

4

1   settle the matter on any terms.  At least seven calendar days

2   before the Settlement Conference counsel for each party shall

3   submit a confidential Settlement Conference Statement for review

4   by the settlement judge.  The Settlement Conference Statements

5   shall not be filed and will not otherwise be disclosed to the

6   trial judge.

7   IX.   MODIFICATIONS TO SCHEDULING ORDER

8         Any requests to modify the dates or terms of this

9   Scheduling Order, except requests to change the date of the

10  trial, may be heard and decided by the assigned Magistrate Judge.

11  All requests to change the trial date shall be heard and decided

12  only by the undersigned judge.

13        IT IS SO ORDERED.

14  Dated:  June 9, 2022

15                                    WILLIAM B. SHUBB
16                                    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28