Kevin L. Hernandez, Esq.
State Bar No. 280074
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ADRIENNE OLDS-BLANK, an individual;<br><br>Plaintiff;<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; CAPITAL ONE BANK USA, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:22-cv-00113-WBS-AC<br><br>Hon. William B. Shubb<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

    Plaintiff, Adrienne Olds Blank ("Plaintiff"), and Defendant, Equifax Information Services, LLC ("Equifax") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

    Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Equifax, with Plaintiff and

Equifax bearing their own attorneys' fees and costs incurred in this action.

Dated: June 22, 2022  **LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez* .
Kevin L. Hernandez, Esq.
*Attorney for Plaintiff*

Dated: June 22, 2022  **NOKES & QUINN**

*/s/ Thomas P. Quinn, Jr.* .
Thomas P. Quinn, Jr., Esq.
*Attorney for Equifax Information Services, LLC*

Dated: June 22, 2022  **DOLL AMIR & ELEY LLP**

*/s/ Chelsea L. Diaz* .
Chelsea L. Diaz, Esq.
*Attorney for Capital One Bank (USA), N.A.*

Dated: June 22, 2022  **MCGUIRE WOODS LLP**

*/s/ Joseph M. Crittenden* .
Joseph M. Crittenden, Esq.
*Attorney for Bank of America, N.A.*

**IT IS SO ORDERED:**

Dated: June 22, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Signature Certification**

Under Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

Dated: June 22, 2022   **LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez* .
Kevin L. Hernandez, Esq.
***Attorney for Plaintiff***