Kevin L. Hernandez, Esq.
State Bar No. 280074
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ADRIENNE OLDS-BLANK, an individual;<br><br>Plaintiff;<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; CAPITAL ONE BANK USA, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:22-cv-00113-WBS-AC<br><br>Hon. William B. Shubb<br><br>**ORDER DISMISSING DEFENDANT CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE** |

The Court has reviewed the Stipulation of Dismissal of Defendant Capital One Bank (USA), N.A. ("Capital One") [ECF No. 38].

Good cause appearing, the Court grants the parties' Stipulation of Dismissal with Prejudice as to Capital One under FRCP 41(a)(1)(A)(ii), with each party bearing their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: September 27, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE